Anna Martin (Bar No. 7079)
amartin@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendants
ROCKY MOUNTAIN HOSPITAL AND MEDICAL
SERVICES, INC., a Colorado corporaiton, doing business as
ANTHEM BLUE CROSS and BLUE SHIELD

Carl M. Herbert (Bar No. 250)
carl@cmhebertlaw.com
202 California Avenue
Reno, Nevada 89509
Telephone: (775) 323-5556

Attorney for Plaintiff
WILLIAM M. KARADANIS

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA - RENO**

| | |
|---|---|
| WILLIAM M. KARADANIS, <br><br> Plaintiff, <br><br> vs. <br><br> ROCKY MOUNTAIN HOSPITAL AND MEDICAL SERVICES, INC., a Colorado corporation, doing business as ANTHEM BLUE CROSS and BLUE SHIELD, <br><br> Defendants. | Case No. 3:16-cv-00271-MMD-VPC <br><br> **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** <br><br> **Fed. R. Civ. Proc. 41 (a)** |

IT IS HEREBY STIPULATED by and between the parties hereto, by and through their counsel of record herein, that the above-captioned action may be, and hereby is, dismissed with prejudice pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure.

The parties shall bear their own respective attorney fees and costs of suit.

LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

155795.1

1

Case No. 3:16-cv-00271-MMD-VPC
STIPULATION OF VOLUNTARY DISMISSAL
WITH PREJUDICE

This document is being electronically filed through the Court's ECF System. In this regard, counsel for Defendant hereby attests that (1) the content of this document is acceptable to all persons required to sign the document; (2) Plaintiff has concurred with the filing of this document; and (3) a record supporting this concurrence is available for inspection or production if so ordered.

IT IS SO STIPULATED.

DATED: April 6, 2017

By: */s/ Carl M. Hebert*
Carl M. Hebert, NSBN 250
202 California Avenue
Reno, NV 89509
(775) 323-5556
carl@cmhebertlaw.com
Attorney for Plaintiff
WILLIAM M. KARADANIS

DATED: April 6, 2017

By: */s/ Anna M. Martin*
Anna M. Martin, NSBN 7079
316 California Avenue, #216
Reno, Nevada 89509
Telephone: 213-620-0300
Attorney for Defendant
ROCKY MOUNTAIN HOSPITAL
AND MEDICAL SERVICES, INC., a
Colorado Corporation doing business as
ANTHEM BLUE CROSS AND BLUE
SHIELD

IT IS SO ORDERED.

Dated: April 10, 2017

_____
U.S. District Judge

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

155795.1

2

Case No. 3:16-cv-00271-MMD-VPC
STIPULATION OF VOLUNTARY DISMISSAL
WITH PREJUDICE